**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

DAVID R. STEVENS,

      Plaintiff,

v.                                                        Case No:  2:13-cv-295-FtM-38DNF

USAA FEDERAL SAVING BANK,

      Defendant.
_____/

## ORDER

This matter comes before the Court upon the Plaintiffs, David R. and Janice A. Stevens' Notice of Voluntary Dismissal (Doc. #13) filed on May 31, 2013. The Plaintiffs give notice to the Court that they voluntarily dismiss the Complaint.  Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to voluntarily dismiss a case without a court order as long an answer or summary judgment has not been filed.  The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, no answer or summary judgment has been filed, therefore; the case is due to be dismissed.

Accordingly, it is now

**ORDERED:**

The Plaintiffs Complaint (Doc. # 1) is **DISMISSED without prejudice** and the Clerk of the Court is directed to **CLOSE** the case and terminate all deadlines and any outstanding motions.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record